counsel for plaintiff and defendant be notified.

Granted but limited to the issue of attorney fees.

∎

227 So.2d 143

**Olga KENNY, wife of/and Paul MALONEY, Jr.**

**v.**

**OAK BUILDERS, INC., et al.**

No. 50060.

Oct. 23, 1969.

In re: Oak Builders, Inc. and Fidelity & Deposit Company of Maryland applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 224 So.2d 161.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted but limited to the issue of attorney fees.